# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**

**SUITE 300**

**PHOENIX, ARIZONA 85016**

**TELEPHONE: (602) 255-6000**

**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-22545 / 6003239926

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Gary Leo Wiggins and Karman Kay Wiggins

                    Debtors.

No. 2:09-BK-21535-SSC

Chapter 7

NOTICE OF LODGING ORDER

U.S. Bank, N.A., its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 24th day of November, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY   /s/ MSB # 010167
          Mark S. Bosco
          Leonard J. McDonald
          Attorneys for Movant

Copy of the foregoing was
mailed this 24th day of November, 2009

Gary Leo Wiggins and Karman Kay Wiggins
2248 S. Sorrelle St
Mesa, AZ  85209
Debtors

Benjamin Loren Dodge
4824 E. Baseline Rd., STE 124
Mesa, AZ  85206
Attorney for Debtors

Maureen Gaughan
P.O. Box 6729
Chandler, AZ  85246-6729
Trustee


U.S. Trustee
230 North 1st Avenue
Phoenix, AZ 85003-1706

By:  <u>Anne Mallette</u>

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-22545/6003239926

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:09-BK-21535-SSC |
| Gary Leo Wiggins and Karman Kay Wiggins<br>Debtors. | Chapter 7 |
| _____ | ORDER |
| U.S. Bank, N.A.<br>              Movant,<br>     vs. | (Related to Docket #12) |
| Gary Leo Wiggins and Karman Kay Wiggins,<br>Debtors, Maureen Gaughan, Trustee.<br><br>          Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

**EXHIBIT "A"**

property which is the subject of a Deed of Trust dated March 19, 2008 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, N.A. is the current beneficiary and Gary Leo Wiggins and Karman Kay Wiggins have an interest in, further described as:

> LOT 6, AUGUSTA RANCH PARCEL 12 FINAL PLAT, ACCORDING TO BOOK 509 OF MAPS, PAGE 25, RECORDS OF MARICOPA COUNTY, ARIZONA. EXCEPT ALL MINERAL RIGHTS, OIL, GAS, HYDROCARBON AND SIMILAR RIGHTS, ALL WATER RIGHTS, GEOTHERMAL STEAM AND STEAM POWER BELOW A DEPTH OF 500 FEET BELOW THE SURFACE AS RESERVED IN INSTRUMENT RECORDED IN DOCKET 13675, PAGE 812, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009

_____
JUDGE OF THE U.S. BANKRUPTCY COURT